UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

JOHN TODD WILLIAMS,

                      Movant,

  -v-

UNITED STATES OF AMERICA,

                      Respondent.

No. 20-cv-1554 (RJS)
No. 14-cr-784 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter from Movant John Todd Williams, dated May 18, 2020 but not docketed until May 29, 2020 (No. 20-cv-1554, Doc. No. 10), requesting that the Court grant his motion to vacate, set aside, or correct his sentence under 28 U.S.C § 2255 in light of the government's alleged default. According to Williams, the government failed to file its response to Williams's § 2255 motion by May 15, 2020. In fact, the government filed its response on that date but did so only on the corresponding criminal docket (*see* No. 14-cr-784, No. 284) – as directed by the Court's earlier order on the subject (*see* No. 14-cr-784, Doc. No. 279; No. 20-cv-1554, Doc. No. 4). Accordingly, the Court declines to rule on Williams's § 2255 motion at this time.

      Under the circumstances, however, the Court will extend the deadline for Williams to file his reply, if any, within thirty days of entry of this Order. Although the Court will docket the present order in both the civil docket for this matter (No. 20-cv-1554) and the corresponding criminal docket (No. 14-cr-784), the parties are reminded that the Court has previously directed that all filings should include the criminal docket number and should be docketed in the criminal case. (*See* No. 14-cr-784, Doc. No. 279; No. 20-cv-1554, Doc. No. 4.) Moving forward, the

Court will docket its orders only on the criminal docket.  The Clerk of the Court is respectively directed to terminate the motion pending at document number 10 in No. 20-cv-1554.

SO ORDERED.

Dated:     June 9, 2020
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation