UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TODD WILLIAMS,

                Petitioner,

-v-

UNITED STATES OF AMERICA,

                Respondent.

No. 20-cv-1554 (RJS)
No. 14-cr-784 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      On April 21, 2025, the Court issued an order denying petitioner's motions. (Doc. No. 53.) The Court noted that any appeal of that order would "lack an arguable basis in law or fact," *Tavarez v. Reno*, 54 F.3d 109, 110 (2d Cir. 1995), and certified pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from that Order would not be taken in good faith. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). For the avoidance of doubt, this order clarifies that a certificate of appealability is not granted, as the petitioner has not made a "substantial showing of the denial of a federal right" and appellate review is, therefore, not warranted. *Slack v. McDaniel*, 529 U.S. 473, 483 (2000); *Hoffler v. Bezio*, 726 F.3d 144, 154 (2d Cir. 2013); *Tankleff v. Senkowski*, 135 F.3d 235, 241 (2d Cir. 1998). The Clerk of Court is respectfully requested to mail a copy of this order to *pro se* petitioner at the address indicated on the Notice of Appeal filed on May 16, 2025. (Doc. No. 54.)

SO ORDERED.

Dated:     May 26, 2025
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation