UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN TODD WILLIAMS,

    Petitioner,

 -v-

UNITED STATES OF AMERICA,

    Respondent.

No. 20-cv-1554 (RJS)

UNITED STATES OF AMERICA

 -v-

JOHN TODD WILLIAMS,

    Defendant.

No. 14-cr-784 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On July 14, 2025, Defendant John Todd Williams filed two motions seeking to vacate the Court's prior judgment pursuant to Rule 60(b)(4).  (Docs. No. 326, 327.)  Because the issues presented in these motions are substantively identical to those previously litigated and decided by the Court, IT IS HEREBY ORDERED THAT Williams's motions are DENIED.  Moreover, because any appeal would "lack[] an arguable basis in law or fact," *Tavarez v. Reno*, 54 F.3d 109, 110 (2d Cir. 1995), the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith.  Accordingly, Williams may not proceed *in forma pauperis* in these matters.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Plaintiff is cautioned that further duplicative or frivolous litigation in this Court may result in sanctions, including an order prohibiting him from proceeding further in this action or bringing new actions without leave of the Court.  *See Safir v. U.S. Lines, Inc.,* 792 F.2d 19, 25 (2d Cir. 1986) (affirming district court injunction permanently enjoining litigant from proceeding further

in an action where the litigant had "a history of vexatious litigation" and was "likely to continue to abuse the judicial process"); *In re Sassower*, 20 F.3d 42, 44 (2d Cir. 1994) ("With respect to civil litigation, courts have recognized that the normal opportunity to initiate lawsuits may be limited once a litigant has demonstrated a clear pattern of abusing the litigation process by filing vexatious and frivolous complaints.").

The Clerk of Court is respectfully directed to terminate the motions pending at Doc. Nos. 326 and 327 in case number 14-cr-784 and Doc. Nos. 56 and 57 in case number 20-cv-1554, and to mail a copy of this Order to Williams at his most recent address.

SO ORDERED.

Dated:    March 23, 2026
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2